DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GILDAS DOUSSET,**
Appellant,

v.

**FLORIDA ATLANTIC UNIVERSITY** and **STATE OF FLORIDA,**
Appellees.

No. 4D14-480

[September 16, 2015]

Appeal from Residency Appeals Committee of Florida Atlantic University; Judge; L.T. Case No. Z23267669.

George Castrataro, MPH and Lisa J. Conrey of The Law Offices of George Castrataro, P.A., Fort Lauderdale, and Christopher F. Stoll and Amy Whelan of the National Center for Lesbian Rights, San Francisco, CA, for appellant.

Lawrence F. Glick and Daniel A. Jones, Boca Raton, for appellee Florida Atlantic University.

Pamela Jo Bondi, Attorney General, Allen Winsor, Solicitor General, and Adam S. Tanenbaum, Chief Deputy Solicitor General, Tallahassee, for appellee State of Florida.

Robert F. Rosenwald, Jr., Raul J. Aguila and Nicholas E. Kallergis for Amicus Curiae City of Miami Beach and City of Orlando.

PER CURIAM.

In light of the recent decision of the Supreme Court of the United States in *Obergefell v. Hodges*, 135 S. Ct. 2584 (2015), we reverse the determination of the Residency Appeals Committee of Florida Atlantic University denying the appellant's request for classification as a Florida resident based on his Massachusetts marriage to his same-sex spouse.

*Reversed.*

CIKLIN, C.J., STEVENSON and GROSS, JJ., concur.

*        *        *

*Not final until disposition of timely filed motion for rehearing.*